# LEVIN-EPSTEIN & ASSOCIATES, P.C.

60 East 42nd Street • Suite 4700 • New York, New York 10165
T: 212.792-0048 • E: Jason@levinepstein.com

September 28, 2022

*VIA ECF*
The Honorable Jennifer L. Rochon, U.S.D.J.
U.S. District Court, Southern District of New York
500 Pearl Street, Room 1920
New York, NY 10007

Re:   *Encarnacion v. LJ Delivery, Inc. et al*
      **Case No.: 1:22-cv-06903-JLR**

Dear Honorable Judge Rochon:

This law firm represents Plaintiff Li Encarnacion (the "Plaintiff") in the above-referenced matter.

Pursuant to Your Honor's Individual Motion Practice Rule 1(A) and the directives contained in Your Honor's September 14, 2022 Notice of Reassignment [Dckt. No. 8], this letter respectfully serves to provide the Court with the status update in the above-referenced action.

Defendants LJ Delivery, Inc. and Lydia Cosme (together, the "Defendants") have not yet appeared in the action. In light of the foregoing, this letter respectfully serves as a request to adjourn the Initial Case Conference currently scheduled for October 12, 2022 to a date and time after November 12, 2022.

This is the first request of its nature. If granted, this request would not affect any other scheduled deadlines.

A short adjournment is needed in order for the undersigned counsel to ensure that Defendants have both actual and constructive notice of the instant lawsuit. The undersigned intends to proceed with the initial case conference once Defendants have appeared, or alternatively, proceed with the filing of a motion for default, in the event of Defendants' continued non-appearance.

Thank you, in advance, for your time and attention to this matter.

Pursuant to the Court's September 14, 2022 Reassignment Order, all scheduled conferences before the District Judge in this action have been adjourned without date, including the October 12, 2022 conference.  IT IS HEREBY ORDERED that Plaintiff shall inform the Court by **November 12, 2022** whether it intends to move for default.

Dated: September 30, 2022
        New York, New York

SO ORDERED

/s/ Jennifer Rochon
JENNIFER L. ROCHON
United States District Judge

Respectfully submitted,

LEVIN-EPSTEIN & ASSOCIATES, P.C.

By: */s/ Jason Mizrahi*
    Jason Mizrahi, Esq.
    60 East 42nd Street, Suite 4700
    New York, New York 10165
    Tel. No.:  (212) 792-0048
    Email: Jason@levinepstein.com
    *Attorneys for Plaintiff*

VIA ECF: All Counsel

1