UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
Li Encarnacion, *on behalf of himself and others similarly situated in the proposed FLSA Collective Action,*

                                 *Plaintiff,*

                - against -

LJ Delivery, Inc., and Lydia Cosme,

                                *Defendants.*
-------------------------------------------------------------X

Case No.: 1:22-cv-06903-JLR

**NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT PURSUANT TO FED.R.CIV.P. 68**

      WHEREAS, pursuant Rule 68 of the Federal Rules of Civil Procedure ("Fed.R.Civ.P."), Defendants LJ Delivery, Inc., and Lydia Cosme (collectively, the "Defendants"), having offered to allow Plaintiff Li Encarnacion (together, the "Plaintiff") to take a judgment against the Defendants in this action in the total sum of Fifty-Seven Thousand Three Hundred Seventy-Five Dollars and Zero Cents ($57,375.00), payable as follows:

1. A payment in the amount of twenty-eight thousand six hundred eighty-seven Dollars and Fifty Cents ($28,687) payable within two (2) months of the entry of a Judgment;

2. A payment in the amount of twenty-eight thousand six hundred eighty-seven Dollars and Fifty Cents ($28,687) payable within two (2) months of Plaintiff's receipt of the initial installment payment.

      WHEREAS, in the event of Defendants' failure to make any payment when due as set forth above, the breach shall result in accelerated payment of Eighty-Six Thousand Sixty-Two Dollars and Fifty Cero cents ($86,062.50), together with all costs and attorneys' fees incurred by Plaintiff in connection with any efforts to enforce any Judgment, less any payments made by Defendants as set forth herein. Defendants acknowledge and agree that this calls for a judgment in a greater amount than the initial judgment amount as a penalty for an uncured default.

WHEREAS, the total sum of Fifty-Seven Thousand Three Hundred Seventy-Five Dollars and Zero Cents ($57,375.00) is inclusive of reasonable attorney's fees, costs, and expenses, for Plaintiff's claims against Defendants arising out, alleged in, or related to, the facts and transactions alleged in the above-captioned action (the "Offer of Judgment").

WHEREAS, a true and correct copy of the Offer of Judgment is annexed hereto as **Exhibit "A"**;

NOTICE IS HEREBY GIVEN that Plaintiff's counsel hereby confirms acceptance of Defendants' Offer of Judgment.

LEVIN-EPSTEIN & ASSOCIATES, P.C.

By: _____
Jason Mizrahi
60 East 42nd Street, Suite 4700
New York, NY 10165
Tel. No.: (212) 792-0048
Email: Jason@levinepstein.com
*Attorneys for Plaintiff*

Via ECF: All Counsel

Encl.